IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:18-CR-233-ALM-AGD-14 |
| CHAD DEWAYNE ANDERSON (14) | § § § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on May 21, 2024, to determine whether Defendant violated his supervised release. Defendant was represented by Federal Public Defender Brian O'Shea. The Government was represented by Assistant United States Attorney Chris Rapp.

On July 2, 2020, United States District Judge Amos L. Mazzant, III, sentenced Defendant to a term of seventy (70) months imprisonment followed by three (3) years of supervised release. *See* Dkt. 828 at 1. On September 2, 2022, Defendant completed his term of imprisonment and began serving the term of supervision. *See id.*

On February 7, 2024, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 828), alleging Defendant violated two conditions of supervised release. *See id.* at 1–2. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant must refrain from any unlawful use of a controlled substance; and (2) Defendant must participate in a program of testing and treatment for substance abuse and follow the rules and regulations of that program until discharged. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

(1) On July 7, 2023, during a home visit, Defendant provided a verbal and written admission stating he used marijuana on June 26, 2023.

On January 3, and January 24, 2024, as part of the random drug testing program, Defendant submitted urine specimens at Texas & Oklahoma Occupational Medicine Services in Paris, Texas which tested positive for amphetamine, methamphetamine, and marijuana. The specimens were confirmed by Alere Toxicology Services.

(2) On January 31, 2024, Defendant failed to attend his scheduled substance abuse treatment appointment at New Focus Counseling in Paris, Texas as directed. Prior to this, Defendant had rescheduled his original appointment for this date and still failed to report as instructed. To date, Defendant has not called the provider to resume treatment. Additionally, on February 1, 2024, as part of the random drug testing program, he failed to submit a urine specimen as directed.

On May 21, 2024, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for May 21, 2024. Defendant entered a plea of true to allegation two, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt 846. The Government moved to withdraw allegation one, which the Court granted. *See* Minute Entry for May 21, 2024. The Court finds Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the May 21, 2024 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of seven (7) months, with twenty-four (24) months of supervised release to follow under the previous conditions of supervised release. The Court further recommends Defendant be placed at FCI Texarkana in Texarkana, Texas, if appropriate.

**So ORDERED and SIGNED this 21st day of May, 2024.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE